**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RONALD DEAN LOWE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1716-R** |
| | ) | |
| **JUSTIN FARRIS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is the Report and Recommendation [Doc. No. 8] issued by United States Magistrate Judge Shon T. Erwin in which he recommends that this action be dismissed without prejudice for Plaintiff's failure to comply with the Court's prior orders. Plaintiff filed an Objection [Doc. No. 8] but presents no persuasive argument or authority that would cause this Court to reject Judge Erwin's analysis or conclusions.

Accordingly, after conducting de novo review, the Report and Recommendation [Doc. No. 8] is ADOPTED and, for the reasons stated therein, this action is dismissed without prejudice. All pending motions are denied as moot.

**IT IS SO ORDERED** this 21st day of September, 2026.

David L. Russell

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE